## Rue *against* Sprague & Consaulis.

VAN YEVEREN moved for leave to withdraw the assignment of errors, and for a rule, that the justice amend the return to the *certiorari* in this cause.

*H. Bleecker,* contra.

*Per Curiam.* The party is too late, after an assignment of errors to move to amend the return. Before assigning errors, he ought to have applied to a judge for an enlargement of the rule ; and the reasons assigned in his affidavit, for not obtaining such an order are insufficient.

*After an assignment of errors, it is too late to move for an amendment to the return to a certiorari.*